UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OTIS MILLER,

    Plaintiff,

v.                                                     Case No: 5:20-cv-323-WWB-PRL

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

### ORDER

1. The Court directs the **Clerk** to make the proper notations on the docket to reflect that Defendants James, Gass, and Gretka's Notices of Joinder (Docs. 80, 81) are withdrawn. *See* Notices of Withdrawal (Docs. 92, 93).

2. Plaintiff's Motion to Strike Individual Defendants' Joinder in Defendant FDC's Response to Plaintiff's Motion for Partial Summary Judgment (Motion; Doc. 89) is **MOOT** as to Docs. 80 and 81. *See* ¶ 1. Otherwise, the Motion is **GRANTED to the extent** that Defendants Lingo and Petersilge's Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 82) is **STRICKEN** because it violates Rule 3.01(a), Rules of the United States District Court for the Middle District of Florida.[1]

---

[1] The Court notes that adopting and incorporating by reference the arguments set forth in other documents violates Local Rule 3.01(a)'s requirement that a movant must include its request for relief, basis for the request, and supporting legal authority in a "single document." *See* Local Rule 3.01(a).

3. Defendant Florida Department of Corrections' Answer (Doc. 84) improperly incorporates a motion to strike. *See* Doc. 84 at 8-10. That portion of the Answer is **STRICKEN**.

4. Plaintiff's August 26, 2021 Motion to Strike Affirmative Defenses (Doc. 94) (that are contained in Defendants Lingo and Petersilge's Doc. 91 Answer) is **GRANTED**.[2] Defendants Lingo and Petersilge must file an Amended Answer no later than **October 27, 2021**.

5. Defendants Lingo and Petersilge's Unopposed Motion for Extension of Time to File Expert Disclosures (Doc. 98) is **GRANTED**. Defendants shall serve their expert disclosures on all parties **no later than October 4, 2021**. *See* Order (Doc. 97).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 24th day of September, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

caw 9/21

Copies to: Counsel of Record

---

[2] Defendants have not filed a response and the time for doing so has expired. *See* Local Rule 3.01(c).