## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

OTIS MILLER,

      Plaintiffs,

v.                                                    Case No. 5:20-CV-323-WWB-PRL

FLORIDA DEPARTMENT
OF CORRECTIONS, ET AL.,

      Defendants.

_____

# Mediation Report

      The parties held a mediation conference on January 26, 2022, and the results of

that conference are indicated below.

**1. Attendance**

      The following participants attended the mediation conference:

      ☒    lead counsel

      ☒    the parties or a party's surrogate satisfactory to the mediator

      ☒    any necessary insurance carrier representative

      List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

&#x2612;    **The parties completely settled the case.**

&#x2610;    The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

&#x2610;    The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

&#x2610;    The parties have reached an impasse.

DATE: **January 26, 2022**

*s/ Thomas H. Bateman III*
Thomas H. Bateman III, Mediator
Fla. Bar No. 349781
Certified Circuit Civil Mediator No.
   21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720