UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OTIS MILLER,

    Plaintiff,

v.          Case No. 5:20-cv-323-WWB-PRL

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
MILTON GASS, JOSHUA
PETERSILGE, IAN GRETKA, HUNTER
LINGO and JOSEPH JAMES,

    Defendants.

## **ORDER**

The Court has been advised by the Mediation Report that the above-styled action has been completely settled. (Doc. 133 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on January 28, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record